**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MIKEAL G COLE JR,

   Plaintiff,

    v.           CASE NO. 1:18-CV-403-HAB-ALT

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

## OPINION AND ORDER

This matter is before the Court for an Order on Magistrate Judge Andrew L. Teel's Report and Recommendation ("R&R") in which the Magistrate Judge recommends that the Court grant the Amended Motion for Attorney Fees filed by Plaintiff Mikeal G. Cole, Jr. ("Cole") in the amount of $21,954.50. (ECF No. 40). He further recommends that the Motion for Attorney Fees filed approximately a month earlier be denied as moot. *Id.* The R&R was filed on May 22, 2026 (ECF No. 40). The parties were advised of the 14-day objection period under Fed. R. Civ. P. 72(b). That deadline has passed without any objections filed by the parties.

Cole filed this suit, seeking review of a decision made by the Commissioner of the Social Security Administration, on December 5, 2018. (ECF No. 1). Prior to filing his complaint, Cole had entered into a fee agreement with his Counsel, in which Cole agreed to pay Counsel 25 percent of any past-due benefits awarded to him and his family. (ECF No. 37-1). Since this suit began, Cole filed two motions for attorney fees, both unopposed by the Commissioner and both of which the Court granted. *See* ECF Nos. 27-30, 32-33. On March 3, 2026, Cole filed a third motion for attorney fees. (ECF No. 34). On April 1, 2026, he filed an amended motion for attorney fees. (ECF No. 37). The Amended Motion states that it "amends and replaces the petition" filed on March 3,

2026. *Id.* The Commissioner filed a response stating they neither support nor oppose the motion (ECF No. 38).

"If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). As recounted above, the parties have not objected to the recommended disposition of the case. The Court has reviewed the Magistrate Judge's R&R. The Magistrate Judge engaged in a thorough discussion of the relevant law, and the Court finds that the R&R is not clearly erroneous and is amply supported by the record. Accordingly, the Court adopts the Magistrate Judge's recommended disposition of the case.

The Report and Recommendation (ECF No. 40) is ADOPTED IN ITS ENTIRETY. The Amended Motion for Attorney Fees (ECF No. 37) is GRANTED in the amount of $21,954.50. The Commissioner shall release any remaining withheld benefits to Cole. The Motion for Attorney Fees (ECF No. 34) is DENIED as moot.

**SO ORDERED** this 29th day of June 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT